# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Daniel Perkins
                          Plaintiff,

v.                                               Case No.: 1:23−cv−05159
                                                          Honorable Jeffrey I Cummings

Dick's Sporting Goods, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 1, 2023:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint reassignment status report [19]. The parties are proceeding with discovery in accordance with the schedule set by the Court [14]. The parties are advised that if at any time they are mutually interested in participating in a settlement conference with the Court, they shall contact this Court's Courtroom Deputy for a referral to the assigned Magistrate Judge. By 1/16/24, the parties shall file a joint status report setting forth what discovery has been completed, what discovery remains, and whether any discovery disputes require the Court's attention. Status hearing is set for 1/29/24 at 9:00 a.m. (to track the case only, no appearance is required). Instead, the Court will review the parties' joint status report and enter further orders as appropriate. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.